4/25/2025 2:53 PM
25CV25484

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**FOR THE COUNTY OF MULTNOMAH**

| | |
|---|---|
| **ROBERT THRASHER** and **DELORES THRASHER,**<br><br>Plaintiffs,<br><br>v.<br><br>**AIR & LIQUID SYSTEMS CORPORATION,** individually and as successor-in-interest to Buffalo Pumps, Inc.;<br><br>**ALFA LAVAL INC;**<br><br>**ARMSTRONG INTERNATIONAL, INC.;**<br><br>**ASBESTOS CORPORATION LIMITED;**<br><br>**BAXTER AUTO PARTS, INC.;**<br><br>**BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC;**<br><br>**CAMERON INTERNATIONAL CORPORATION** f/k/a Cooper Cameron Corporation;<br><br>**CARLISLE INDUSTRIAL BRAKE & FRICTION, INC.** f/k/a Motion Control Industries, Inc.;<br><br>**DCO LLC** individually and as successor-in-interest to Victor Gasket Manufacturing Company f/k/a Spicer Manufacturing Company; | Case No.<br><br>**COMPLAINT FOR DAMAGES**<br><br>AMOUNT PLED OVER $50,000.00 - CLAIM NOT SUBJECT TO MANDATORY ARBITRATION<br><br>Amount Pled: $190,000,000<br>ORS 21.160.(1)(e): $1,178.00 filing fee<br><br>JURY TRIAL REQUESTED |



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

**EATON CORPORATION;**

**ELLIOTT COMPANY**
d/b/a Elliott Turbomachinery Company f/k/a Elliott Turbomachinery Co., Inc.;

**ENERPAC TOOL GROUP CORP.**
f/k/a Actuant Corporation as successor-in-interest and successor-by-merger to Applied Power Inc., Applied Power Industries Inc., Bear Manufacturing Company and Bear Automotive Service Equipment Company;

**FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST AS SUCCESSOR TO FELT-PRODUCTS MANUFACTURING CO.;**

**FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST AS SUCCESSOR TO THE FORMER VELLUMOID DIVISION OF FEDERAL MOGUL;**

**FMC CORPORATION**
on behalf of its former Northern Pump business;

**FORD MOTOR COMPANY;**

**FOSTER WHEELER ENERGY CORPORATION;**

**G. DENVER AND CO., LLC**
f/k/a Gardner Denver, Inc.;

**GARDNER DENVER NASH, LLC**
individually and as successor-in-interest to The Nash Engineering Company;

**GENERAL ELECTRIC COMPANY;**

**GENUINE PARTS COMPANY**
d/b/a National Automotive Parts Association (NAPA);

**HARLEY-DAVIDSON INC.;**



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

**HOLLEY PERFORMANCE PRODUCTS INC.;**

**HOLLINGSWORTH & VOSE COMPANY;**

**HONEYWELL INTERNATIONAL, INC.**
individually and as successor-in-interest to Allied Signal, Inc., as successor to Bendix Corporation;

**IMO INDUSTRIES INC.;**

**MACK TRUCKS, INC;**

**MCNALLY INDUSTRIES, LLC**
individually and as successor-in-interest to Northern Fire Apparatus;

**MERITOR, INC.**
f/k/a ArvinMeritor, Inc., and as successor-in-interest to the former automotive products segment of Rockwell International Corporation;

**MORSE TEC LLC**
f/k/a BorgWarner Morse TEC LLC successor-by-merger to Borg-Warner Corporation;

**PARAMOUNT GLOBAL**
f/k/a ViacomCBS Inc. f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc. successor-by-merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor-in-interest to BF Sturtevant;

**PARKER-HANNIFIN CORPORATION;**

**PNEUMO ABEX LLC**
individually and as successor-in-interest to Abex Corporation;

**REDCO CORPORATION**
f/k/a Crane Co., individually and as successor-in-interest to Pacific Steel Boiler Co.;

**SPIRAX SARCO, INC.;**



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

**STANDARD MOTOR PRODUCTS, INC.;**

**THE WILLIAM POWELL COMPANY;**

**VALVES AND CONTROLS US, INC.**
f/k/a Weir Valves & Controls USA Inc. d/b/a Atwood & Morrill Co., Inc.;

**VELAN VALVE CORP.;**

**VIAD CORP**
f/k/a The Dial Corporation, individually and as successor-in-interest to Griscom-Russell Company;

**WARREN PUMPS LLC;**

**ZF ACTIVE SAFETY US INC.**
f/k/a Kelsey-Hayes Company successor-in-interest to Fruehauf Trailers,

Defendants

Plaintiffs demand a jury trial and allege that at all material times:

1.

Plaintiffs Robert Thrasher and Delores Thrasher reside in Milwaukie, Oregon. On or about January 30, 2025, Plaintiff Robert Thrasher was diagnosed with mesothelioma, a cancer of the lining of the lungs caused by exposure to asbestos, and subsequently became aware that same was wrongfully caused.

2.

Plaintiffs Robert Thrasher and Delores Thrasher were married on November 11, 1983, and at all times relevant to their action were husband and wife.

3.

Defendants, and their predecessors for whose actions the Defendants are legally responsible, are business entities which were regularly engaged, directly or indirectly, in the



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

business of manufacturing, designing, processing, marketing, distributing, using, installing, applying, rebranding for sale, selling and/or otherwise placing in the stream of commerce, asbestos-containing products including in the State of Oregon.

4.

Defendants, and each of them, acted through their principals, agents, servants and/or employees who were acting within the scope of their employment and/or agency and/or management capacity for the business of the Defendants.

5.

Defendants, and each of them, engaged in substantial business activities within the State of Oregon. Plaintiffs' claims arise out of acts or omissions by one or more Defendants committed within the State of Oregon; and/or Plaintiffs' claims arise out of activities carried out by one or more Defendants outside the State of Oregon that either caused: (1) solicitation or service activities to be carried out within the State of Oregon; or (2) products, materials, or things distributed, processed, serviced, and/or manufactured by one or more of the Defendants to be used or consumed within the State of Oregon in the ordinary course of trade.

6.

Defendants, and each of them, was authorized to do business in the State of Oregon.

7.

Defendants, and each of them, conducted regular and sustained business activities in Multnomah County, Oregon.

8.

This action is against manufacturers, sellers, and distributors of asbestos fibers, dust, minerals, particles, and other finished and unfinished asbestos-containing products, including asbestos-containing products that Plaintiff Robert Thrasher used and/or to which he was exposed when others used said products.



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

///

9.

There is no cure for the disease mesothelioma.

10.

Mesothelioma is one of the most painful cancers. The last few months of life of mesothelioma patients are often dominated by severe and unremitting pain despite the best efforts to control it, and death usually comes by gradual suffocation.

11.

Medical science has not found effective therapies for mesothelioma, and most patients do not survive beyond 18 months regardless of treatment.

12.

The latency period (time between exposure and disease) for mesothelioma is typically between 10 to 80 years for most persons, with the average latency for pleural mesothelioma being approximately 45 years.

13.

Defendants, and each of them, engaged in their respective business activities, and/were the successor, successor in business, successor in product line or a portion thereof, assign, alter ego, agent, predecessor, predecessor in business, predecessor in product line or a portion thereof, parent, affiliate, subsidiary, wholly or partially owned by, or the whole or partial owner of, or member in their respective "alternate entities." Each Defendant is liable under the law for the tortious conduct of each and every one of its respective alternate entities in that the defendant: exercised control over the alternated entities, expressly or impliedly authorized the alternate entities to act, expressly or impliedly agreed to assume the liability of the alternate entities, transacted with the alternate entities in such a way that said transaction(s) amounted to a consolidation or merger of the entities, is/was a mere continuation under the law of each and



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

every alternate entity, and/or has acquired the assets, product line, or a portion thereof, of each alternate entity, continues to enjoy the goodwill originally attached to each alternate entity, has the ability to assume the risk-spreading role of each alternate entity, and there has been a virtual destruction of Plaintiffs' remedy against each alternate entity caused by the actions of Defendant.

14.

Plaintiff Robert Thrasher was exposed to Defendants', and each of their, asbestos-containing products through his childhood when he worked with his father, Frank Thrasher, in construction, and doing mechanical work on cars and trucks from approximately the early 1950s to the early 1960s, at locations in or near Medford, Oregon, and at various jobsites of his father's company. Plaintiff performed a variety of tasks throughout his childhood, which included but are not limited to, sanding asbestos insulation in attics, installing drywall, clean-up of dust and debris from the drywall and other construction work prior to carpet installation, roof repair, and removing vinyl tile. Plaintiff was exposed to some Defendants' asbestos-containing products when worked on vehicles, which included but was not limited to, brake work, clutch work, engine repair, changing tires, painting, and removing and replacing gaskets. Plaintiff was exposed to some Defendants' asbestos-containing products through his service with the United States Navy from 1961- 1963. During his time aboard the *USS Bennington* the ship underwent an extensive overhaul lasting approximately six months, in which Plaintiff worked alongside shipyard workers in the repairing of the ship. All these activities exposed Plaintiff to asbestos and asbestos dust and fibers.

15.

During the course of Plaintiff Robert Thrasher's employment at the location(s) mentioned above, and during non-occupational work projects and in other ways, Plaintiff was exposed to and inhaled, ingested, or otherwise absorbed airborne asbestos fibers, either through handling asbestos and asbestos-containing materials in the performance of his work, being exposed to



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

airborne asbestos dust and fibers created by workers who handled, installed or fabricated asbestos-containing materials, or who were exposed to those materials and then exposed Plaintiff to those fibers.

16.

Defendants, and each of them, whose products caused Plaintiff Robert Thrasher to be exposed to asbestos and were a substantial contributing factor in causing him to develop mesotheliomas, are:

a. **AIR & LIQUID SYSTEMS CORPORATION** (individually and as successor-in-interest to Buffalo Pump, Inc.), was and is a Pennsylvania corporation with its principal place of business in Pennsylvania which manufactured, distributed, and sold which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, Buffalo Products: Distiller Condenser Fresh Water Pump, Distiller Condenser Condensate Pump, Distiller Condenser Circulating Pump, Evaporator Tube Nest Drain Pump.

b. **ALFA LAVAL INC.**, was and is a New Jersey corporation with its principal place of business in Virginia which manufactured, distributed, and sold which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, steam traps.

c. **ARMSTRONG INTERNATIONAL, INC.**, was and is a Michigan corporation with its principal place of business in Michigan which manufactured, distributed, and sold which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, Armstrong steam traps.

d. **ASBESTOS CORPORATION LIMITED**, was and is a Canadian corporation with its principal place of business in Canada which manufactured, distributed, and sold which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

products, materials, or equipment, including, but not limited to, raw asbestos fibers for Borg and Beck clutches.

e. **BAXTER AUTO PARTS, INC.**, was and is an Oregon corporation with its principal place of business in Oregon which manufactured, distributed, and sold which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including but not limited to, brakes, gaskets, and clutches.

f. **BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC**, was and is a Delaware limited liability company with its principal place of business in Tennessee which manufactured, distributed, and sold which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing tires.

g. **CAMERON INTERNATIONAL CORPORATION**, (f/k/a Cooper Cameron Corporation) was and is a Delaware corporation with its principal place of business in Texas which manufactured, distributed, and sold which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Cooper Bessmer air compressors and diesel engines.

h. **CARLISLE INDUSTRIAL BRAKE & FRICTION, INC.** (f/k/a Motion Control Industries, Inc.), was and is a Delaware corporation with its principal place of business in Arizona which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing friction products and brake blocks.

i. **DCO LLC** (individually and as successor-by-merger to Dana Corporation f/k/a Spicer Manufacturing Company), was and is a Virginia limited liability company with its principal place of business in Tennessee which manufactured, distributed, and sold substantial amounts of



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing automotive Spicer rear axles.

j. **EATON CORPORATION**, was and is an Ohio corporation with its principal place of business in Ohio which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing brake materials and products.

k. **ELLIOTT COMPANY**, (d/b/a Elliott Turbomachinery Company f/k/a Turbomachinery Co., Inc.) is and was a foreign business entity which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Elliott deaerating feed systems.

l. **ENERPAC TOOL GROUP CORP.** (f/k/a Actuant Corporation as successor-in-interest and successor-by-merger to Applied Power Inc., Applied Power Industries Inc., Bear Manufacturing Company, and Bear Automotive Service Equipment Company), was and is a Wisconsin corporation with its principal place of business in Wisconsin which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, supplying asbestos-containing automotive friction products including brakes and clutches to Ford Motor Company.

m. **FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST AS SUCCESSOR TO FELT-PRODUCTS MANUFACTURING CO.** was and is a Delaware corporation with its principal place of business in Delaware was and is a Delaware corporation with its principal place of business in Delaware which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Fel-Pro gaskets.

n. **FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST AS SUCCESSOR TO THE FORMER VELLUMOID DIVISION OF FEDERAL MOGUL** was and is a



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

Delaware corporation with its principal place of business in Delaware. which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Vellumoid gaskets.

o. **FMC CORPORATION** (on behalf of its former Northern Pumps), was and is a Delaware corporation with its principal place of business in Pennsylvania which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Northern pumps.

p. **FORD MOTOR COMPANY**, was and is a Delaware corporation with its principal place of business in Michigan which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing gaskets, friction materials and brakes, brake pads, braking systems as well as other automotive replacement parts.

q. **FOSTER WHEELER ENERGY CORPORATION**, was and is a Delaware corporation with its principal place of business in New Jersey which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing boilers, boiler tubes, vales, and pumps.

r. **G. DENVER AND CO., LLC** (f/k/a Gardner Denver Nash, inc.), was and is a Delaware limited liability company with its principal place of business in Connecticut which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Gardner Denver Fresh Water Booster Fire & Flushing Pumps and Fire Pumps.

s. **GARDNER DENVER NASH, LLC** (individually and as successor-in-interest to The Nash Engineering Company), was and is a Delaware limited liability company with its principal place of business in Pennsylvania which manufactured, distributed, and sold substantial amounts



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Gardner Denver Fresh Water Booster Fire & Flushing Pumps and Fire Pumps.

t. **GENERAL ELECTRIC COMPANY**, was and is a New York corporation with its principal place of business in Massachusetts which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing General Electric ship's service generators, pumps, valves, turbines, and other equipment.

u. **GENUINE PARTS COMPANY**, (d/b/a National Automotive Parts Association (NAPA)), was and is a Georgia corporation with its principal place of business in Georgia which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing brakes, mufflers, clutches, and gaskets.

v. **HARLEY-DAVIDSON INC.**, was and is a Wisconsin corporation with its principal place of business in Wisconsin which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Kelsey-Hayes brakes.

w. **HOLLEY PERFORMANCE PRODUCTS INC.**, was and is a Delaware corporation with its principal place of business in Kentucky which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Holley carburetors.

x. **HOLLINGSWORTH & VOSE COMPANY**, was and is a Massachusetts corporation with its principal place of business in Massachusetts which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment,



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

including, but not limited to, asbestos-containing manufacturing and/or supplying asbestos-containing gaskets to Fel-pro.

y. **HONEYWELL INTERNATIONAL INC.**, (individually and as successor-in-interest to Allied Signal, Inc., as successor to Bendix Corporation), was and is a Delaware corporation with its principal place of business in North Carolina which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Bendix brakes.

z. **IMO INDUSTRIES INC.**, was and is the Delaware corporation with its principal place of business in New Jersey which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing CH Wheeler air ejectors, Delaval steam turbines, and pumps.

aa. **MACK TRUCKS, INC.**, was and is a Pennsylvania corporation with its principal place of business in North Carolina which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Mack Trucks.

bb. **MCNALLY INDUSTRIES, LLC** (individually and as successor-in-interest to Northern Fire Apparatus), was and is a Wisconsin limited liability company with its principal place of business in New York which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Northern pumps.

cc. **MERITOR, INC.** (f/k/a ArvinMeritor, Inc., and as successor-in-interest to the former automotive products segment of Rockwell International Corporation), was and is a Nevada corporation with its principal place of business in Michigan which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing air brakes.



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

dd. **MORSE TEC LLC** (f/k/a BorgWarner Morse TEC LLC as successor-by-merger to Borg-Warner Corporation), was and is a Delaware limited liability company with its principal place of business in Michigan which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Borg and Beck clutches and Borg-Warner transmissions.

ee. **PARAMOUNT GLOBAL** (f/k/a ViacomCBS Inc. f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc. successor-by-merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and as successor-in-interest to BF Sturtevant) which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Westinghouse turbines, and BF Sturtevant force-draft blowers and turbines.

ff. **PARKER-HANNIFIN CORPORATION**, was and is an Ohio corporation with its principal place of business in Ohio which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing EIS brakes.

gg. **PNEUMO ABEX LLC** (individually and as successor-in-interest to Abex Corporation), was and is a Delaware limited liability company with its principal place of business in Texas which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing brakes.

hh. **REDCO CORPORATION** (f/k/a Crane Co.), was and is a Delaware corporation with its principal place of business in Connecticut which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Crane feed tanks, pumps and valves, Chapman valves, and Jenkins valves.



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

ii. **SPIRAX SARCO, INC.**, was and is a Delaware corporation with its principal place of business in Connecticut which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing valves.

jj. **STANDARD MOTOR PRODUCTS, INC.**, was and is a New York corporation with its principal place of business in New York, which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing EIS brakes.

kk. **THE WILLIAM POWELL COMPANY**, was and is an Ohio corporation with its principal place of business in Ohio which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Powell valves.

ll. **VALVES AND CONTROLS US, INC.** (f/k/a Weir Valves & Controls USA Inc. d/b/a Atwood & Morrill Co., Inc.), was and is a Texas corporation with its principal place of business in Texas which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Atwood & Morrill valves.

mm. **VELAN VALVE CORP.**, was and is a Delaware corporation with its principal place of business in Vermont which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing valves and steam traps.

nn. **VIAD CORP** (f/k/a The Dial Corporation, individually and as successor-in-interest to Griscom-Russell Company), was and is a Delaware corporation with its principal place of business in Arizona which manufactured, distributed, and sold substantial amounts of asbestos



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Griscom-Russell fuel oil heaters.

oo. **WARREN PUMPS LLC**, was and is a Delaware limited liability company with its principal place of business in Massachusetts which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Warren pumps and Quimby pumps.

pp. **ZF ACTIVE SAFETY US INC.** (f/k/a Kelsey-Hayes Company successor-in-interest to Fruehauf Trailers), was and is a Delaware corporation with its principal place of business in Michigan e which manufactured, distributed, and sold substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, including, but not limited to, asbestos-containing Kelsey-Hayes brakes.

## FIRST CLAIM FOR RELIEF – STRICT LIABILITY

16.

For their first claim for relief, Plaintiffs allege by incorporation all the preceding paragraphs.

17.

Defendants' products were intended to, and did in fact, reach Plaintiff Robert Thrasher, and others similarly situated, without substantial change in their condition.

18.

Defendants' products were used in the manner(s) in which they were intended to be used by Plaintiff Robert Thrasher and others similarly situated

19.

Defendants who manufactured, sold, and/or distributed machinery, manufactured, sold, and/or distributed machinery at locations where Plaintiff Robert Thrasher was present and:



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

a. sold machinery with asbestos-containing materials including gasket, packing, cloth, and/or insulation material;

b. required the use of asbestos-containing gasket, packing, cloth, and/or insulation material for repair, maintenance and/or installation of their products; and/or

c. knew or should have known that asbestos-containing gasket, packing, cloth, and/or insulation materials would be used in repair, maintenance and/or installation of their products.

20.

The asbestos and asbestos-containing products of the Defendants were unreasonably dangerous and defective in one or more of the following ways at the time they were designed and/or left the hands of Defendants:

a. The Defendants did not provide any and/or adequate warnings and/or instructions of the harm caused by exposure to asbestos from use of Defendants' products;

b. Defendants' products were capable of causing terminal diseases, including mesothelioma, when used in the manner and purposes for which they were intended and/or in a way that was foreseeable and/or should have been foreseen by Defendants, making them unreasonably dangerous in a way not understood by the ordinary consumer;

c. Persons such as Plaintiff Robert Thrasher who came into contact with Defendants' products were not advised of dangers inherent in exposure to asbestos and were not advised to take any and/or adequate steps to avoid exposure to asbestos; and/or

d. Individual workers, including Plaintiff Robert Thrasher, were not instructed on how to use Defendants' products to avoid asbestos exposure within their working environment, including those set forth above.

21.

Defendants', and each of their, products were used by Plaintiff Robert Thrasher and other



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

workers in his presence, in the manner and purposes for which they were intended and/or in a way that was foreseeable and/or should have been foreseen by Defendants, and each of them.

22.

As a foreseeable result of use of Defendants', and each of their, unreasonably dangerous products by Plaintiff Rober Thrasher and co-workers in his presence, Plaintiff Robert Thrasher was exposed to asbestos and contracted mesothelioma.

23.

As a foreseeable result of his mesothelioma from Defendants', and each of their, unreasonably dangerous products, Plaintiffs have experienced, experience, and in the future will experience noneconomic damages in the amounts pled herein, to wit:

a. Plaintiff Robert Thrasher has experienced, experiences, and in the future will experience pain, mental suffering, emotional distress, and humiliation, and inconvenience, and interference with normal and usual activities all to his noneconomic damages in the amounts below in Damages; and

b. Plaintiff Delores Thrasher has experienced, experiences, and in the future will experience loss of consortium in the amounts below in Damages.

24.

As a foreseeable result of his mesothelioma from Defendants', and each of their, unreasonably dangerous products, Plaintiffs have experienced, experiences, and in the future will experience, economic damages for reasonable and necessary medical care and loss of services, and lost income in the amounts pled below in Damages.

**SECOND CLAIM FOR RELIEF - NEGLIGENCE**

25.

For their second claim for relief, Plaintiffs allege by incorporation all the preceding paragraphs.



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

26.

At all relevant times herein, Defendants' products were employed in the manner and purposes for which they were intended and/or in a way that was foreseeable and/or should have been foreseen by Defendants.

27.

At all relevant times herein, Defendants had a duty to exercise reasonable care and caution for the safety of Plaintiff Robert Thrasher and others. Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous, and highly deleterious effect upon the health of persons inhaling, breathing, or otherwise being exposed to them. Defendants knew or should have known asbestos causes disease, including mesothelioma.

28.

Defendants were negligent in one or more of the following particulars which were causes of injury to Plaintiff Robert Thrasher:

a. In manufacturing, designing, processing, marketing, distributing, applying and/or selling products which contained asbestos, even though it was completely foreseeable and could or should have been anticipated that persons such as Plaintiff Robert Thrasher would inhale, breathe or otherwise be exposed to asbestos fibers;

b. In manufacturing, designing, processing, marketing, distributing, applying and/or selling products which contained asbestos, when Defendants knew, or should have known, that asbestos fibers would have a carcinogenic, toxic, poisonous and/or highly deleterious effect, including mesothelioma, upon the health of persons inhaling, breathing and/or otherwise being exposed to them;

c. In manufacturing, designing, processing, marketing, distributing, applying and/or selling products which contained asbestos and/or asbestos-containing components when adequate substitutes were available;



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

d. In failing to provide any and/or adequate warnings to persons such as Plaintiff Robert Thrasher about the dangers associated with the use of asbestos-containing products and inhaling, breathing or otherwise being exposed to the asbestos fibers contained in them;

e. In failing to provide any and/or adequate instructions concerning the safe methods of using their asbestos-containing products, including specific instructions on how to avoid inhaling, or otherwise being exposed to the asbestos fibers in them or about how and when to utilize proper respiratory protection; and/or

f. In failing to conduct adequate testing on the asbestos-containing products designed, manufactured, processed, marketed, distributed, applied and/or sold to ascertain the extent of dangers involved upon exposure and to determine the level of airborne asbestos fibers emitted by Defendants' products that it was reasonably foreseeable that individuals such as Plaintiff Robert Thrasher would be exposed to in work and home environments.

29.

As a foreseeable result of Plaintiff Robert Thrasher's mesothelioma from Defendants', and each of their negligence as pled herein, Plaintiffs have experienced, experience, and in the future will experience noneconomic damages in the amounts pled herein, to wit:

a. Plaintiff Robert Thrasher has experienced, experiences, and in the future will experience pain, mental suffering, emotional distress, and humiliation, and inconvenience, and interference with normal and usual activities all to his noneconomic damages in the amounts below in Damages; and

b. Plaintiff Delores Thrasher has experienced, experiences, and in the future will experience loss of consortium damages in the amounts below in Damages.

30.

As a foreseeable result of Plaintiff Robert Thrasher's mesothelioma from Defendants', and each of their unreasonable dangerous products employed in the manner and purposes for which they



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

were intended, Plaintiffs have experienced, experience, and in the future will experience economic damages for reasonable and necessary medical care and loss of services, and lost income in the amounts pled below in Damages.

**THIRD CLAIM FOR RELIEF – LOSS OF CONSORTIUM**

31.

For their third claim for relief, Plaintiffs allege by incorporation all of the preceding paragraphs.

32.

Prior to his injuries as alleged, Plaintiff Robert Thrasher was able and did perform his spousal duties. As a proximate result thereof, after the injuries, Plaintiff Robert Thrasher has been, is, and in the future will be, unable to perform his spousal duties and the work and service usually performed in the care, maintenance and management of the family home. As a foreseeable result, Plaintiff Delores Thrasher has been, is, and in the future will be, deprived of the consortium of her spouse, including the performance of duties, all to Plaintiffs' damages, in the amounts pled herein. As a direct and proximate result of the acts and/or omissions of the Defendants, and each of them, the severe injuries caused Plaintiff Robert Thrasher as set forth herein, Plaintiff's spouse and Co-Plaintiff Delores Thrasher has suffered, is suffering, and in the future will suffer loss of consortium, including but not by way of limitation, loss of services, marital relations, society, comfort, companionship, love and affection of her spouse, and has suffered, is suffering, and in the future will suffer severe mental and emotional distress and general nervousness all to her damages in the amounts pled below in Damages.

**DAMAGES**

33.

Plaintiffs ask the trier of fact to include the following amount as damages in the verdict for all claims for relief:



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

a. Non-economic damages for Plaintiff Robert Thrasher to be determined fair by the trier of fact but no less than $100,000,000;

b. Non-economic damages for Plaintiff Delores Thrasher to be determined fair by the trier of fact but no less than $75,000,000; and

c. Economic damages for Plaintiff Robert Thrasher in an amount currently pled at $15,000,000 pursuant to ORCP 18

**NOTICE OF INTENT TO AMEND TO INCLUDE PUNITIVE DAMAGES**

34.

Pursuant to ORS 31.725(2), Plaintiffs do not request an award of punitive damages at this time, but Plaintiffs reserve the right to seek leave to amend their Complaint to request punitive damages in the future pursuant to Oregon law. Plaintiffs anticipate that punitive damages claims will be asserted against one or more Defendants and may seek leave to amend the Complaint in this matter to assert those claims at an appropriate time prior to trial.

WHEREFORE, for all claims for relief, Plaintiffs pray for judgment against Defendants and each of them, as set forth below in a reasonable amount to be determined by a jury at trial and for such other and further relief is just and equitable in an amount not to exceed the following:

(1) Economic damages for Plaintiff Robert Thrasher in an amount currently pled at $15,000,000 pursuant to ORCP 18 A;

(2) Non-economic damages for Plaintiff Robert to be determined fair by the trier of fact but no less than $100,000,000;

(3) Non-economic damages for Plaintiff Delores to be determined fair by trier of fact but no less than $75,000,000;

(4) For Plaintiffs' costs and disbursements herein;



LAW OFFICE OF DEVIN ROBINSON, P.C.
1706 NW Glisan Street, Suite 5
Portland, OR 97209
503 228-7020; 503 334-2303 (facsimile)
DEVIN@NWTRIALLAW.COM

(5) Such other and further relief as the Court deems equitable and just.

Date: April 25, 2025

**LAW OFFICES OF DEVIN ROBINSON, P.C.**
*/s/ Devin N. Robinson*
Devin N. Robinson, OSB No. 064879
*Of Attorneys for Plaintiff*
9450 SW Gemini Drive, PMB 27074
Beaverton, OR 97008
T/F: (866) 985-2884
Email: devin@nwtriallaw.com
and
**DEAN OMAR BRANHAM SHIRLEY, LLP**
1801 N. Lamar Street, Suite 300
Dallas, Texas 75202
T: (214) 722-5990
F: (214) 722-5991
Laurel Halbany, CSB No. 226549
(To Be Admitted *Pro Hac Vice*)

Email: lhalbany@dobslegal.com