1  Allen Eraut, OSB # 992565
2  Kevin Bergstrom, OSB #163422
   Pierce Davis & Perritano LLP
3  1300 SW Sixth Avenue, Suite 330
   Portland, OR 97201
4  Telephone: (503) 229-1819
   Facsimile: (503) 229-0630
5  E-mail: aeraut@piercedavis.com
           kbergstrom@piercedavis.com
6

7  *Attorneys for Defendant Viad Corp, n/k/a Pursuit Attractions &*
8  *Hospitality Inc.*

9

10

11

12

13

14                    UNITED STATES DISTRICT COURT

15                         DISTRICT OF OREGON

16                          PORTLAND DIVISION

17  ROBERT THRASHER and DELORES         Case No. 3:25-cv-00926-AB
    THRASHER,
18                                      **STIPULATION AND ORDER OF**
                 Plaintiffs,            **DISMISSAL OF DEFENDANT VIAD**
19                                      **CORP N/K/A PURSUIT**
           v.                           **ATTRACTIONS & HOSPITALITY**
20                                      **INC. ONLY**
    AIR & LIQUID SYSTEMS CORPORATION,
21  et al.

22               Defendants.

23

24         Plaintiffs and Defendant Viad Corp, n/k/a Pursuit Attractions & Hospitality Inc.,

25  erroneously sued herein as "Viad Corp. f/k/a The Dial Corporation, individually and as successor-

26  in-interest to Griscom-Russell Company ("Viad") stipulate and agree that the Court dismiss

                                          1

1  Plaintiffs' claims and causes of action against Viad only, without prejudice and without costs or

2  fees to any party, reserving to Plaintiffs all claims against other parties.

3      Dated this 18th of August 2025.

4  LAW OFFICES OF DEVIN ROBINSON, P.C.    PIERCE DAVIS & PERRITANO LLP

6  *s/Devin N. Robinson*    *s/Allen Eraut*
Devin N. Robinson, OSB No. 064879    Allen Eraut, OSB #992565
devin@nwtriallaw.com    aeraut@piercedavis.com
*Attorney for Plaintiffs*    *Attorney for Viad Corp, n/k/a Pursuit Attractions & Hospitality Inc.*

9  DEAN OMAR BRANHAM SHIRLEY, LLP

11  *s/Jordan Blumenfeld-James*
Jordan Blumenfeld-James (*Admitted Pro Hac Vice*)
jbj@dobslegal.com
*Attorney for Plaintiffs*

## ORDER OF DISMISSAL

15  THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant Viad Corp, n/k/a Pursuit Attractions & Hospitality Inc. to dismiss all claims against Viad Corp, n/k/a Pursuit Attractions & Hospitality Inc. only, without prejudice and without costs or fees as to any party; and the Court being fully advised in the premises, now, therefore,

19  IT IS HEREBY ORDERED that all claims against Viad Corp, n/k/a Pursuit Attractions & Hospitality Inc. are hereby dismissed without prejudice and without costs or fees.

22  DATED this __18th__ day of __August__, 2025.

*Amy M. Baggio*
_____
JUDGE AMY M. BAGGIO

25
26  Submitted by:

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT VIAD CORP N/K/A PURSUIT ATTRACTIONS & HOSPITALITY INC. ONLY

| | |
|---|---|
| 1 | PIERCE DAVIS & PERRITANO LLP<br>Allen Eraut, OSB #992565 |
| 2 | aeraut@piercedavis.com<br>1300 SW Sixth Avenue, Suite 330 |
| 3 | Portland, Oregon 97201<br>*Attorney for Viad Corp, n/k/a Pursuit Attractions & Hospitality Inc.* |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |